*Johnson & Johnson*

## CERTIFICATE OF CORPORATE RESOLUTION

I, DOUGLAS K. CHIA, do hereby certify that I am SECRETARY of JOHNSON & JOHNSON (the "Company"), a New Jersey corporation, and that the following is a true, correct, and accurate copy of resolutions duly adopted by unanimous vote at a Special Meeting of the Board of Directors the Company on April 4, 2011:

**WHEREAS**, the Company has been engaged in discussions with the United States Department of Justice, Criminal Division, Fraud Section (the "Department") in connection with issues arising in relation to certain corrupt payments to foreign officials to obtain and retain business for the Company;

**WHEREAS**, in order to resolve such issues, it is proposed that the Company enter into a certain agreement with the Department; and

**WHEREAS** the Company's Vice President, General Counsel, together with outside counsel for the Company, have advised the Board of Directors of the Company's rights, possible defenses, the Sentencing Guidelines' provisions, and the consequences of entering into such agreement with the Department;

Therefore, this Board hereby **RESOLVES** that:

1. The Company, on its own behalf and on behalf of its subsidiaries and operating companies, including DePuy, Inc., (a) consents to the filing in the United States District Court for the District of Columbia of an Information charging DePuy, Inc. with conspiracy to commit an offense against the United States in violation of 18 U.S.C. § 371, namely, to violate the Foreign Corrupt Practices Act ("FCPA") (15 U.S.C. § 78dd-2); and the violation of the FCPA, 15 U.S.C. § 78dd-2 and 18 U.S.C. § 2 (Count Two); (b) waives indictment on such charges and enters into a Deferred Prosecution Agreement with the Department; and (c) agrees to pay a monetary penalty of $21,400,000 to the United States Treasury with respect to the conduct described in the Information and the Statement of Facts;

2. The Vice President, General Counsel, or his delegate, is hereby authorized, empowered, and directed, on behalf of the Company, to execute the Deferred Prosecution Agreement substantially in such form as reviewed by this Board of Directors at this meeting with such changes as the Vice President, General Counsel, or his delegate, may approve;

3. The Vice President, General Counsel, or his delegate, is hereby authorized, empowered, and directed to take any and all actions as may be necessary or appropriate, and to approve the forms, terms, or provisions of any agreement or other documents as may be necessary or appropriate to carry out and effectuate the purpose and intent of the foregoing resolutions; and

4. All of the actions of the Vice President, General Counsel, which actions would have been authorized by the foregoing resolutions except that such actions were taken prior to the adoption of such resolutions, are hereby severally ratified, confirmed, approved, and adopted as actions on behalf of the Company.

This Board hereby further **RESOLVES** that Russell C. Deyo, the Vice President, General Counsel of the Company, be and hereby is authorized to act on behalf of the Corporation, and in his sole discretion, to negotiate, approve, and make the offer of settlement of the Company, attached hereto, to the United States Securities and Exchange Commission ("Commission") in connection with the investigation conducted by the Commission; in this connection, the aforementioned Officer be and hereby is authorized to undertake such actions as he may deem necessary and advisable, including the execution of such documentation as may be required by the Commission, in order to carry out the foregoing.

I further certify that the aforesaid resolutions have not been amended or revoked in any respect and remain in full force and effect.

IN WITNESS WHEREOF, I have executed this Certificate as a sealed instrument this day of April 6, 2011.

                      JOHNSON & JOHNSON

                      By: _____
                      Name: Douglas K. Chia
                      Title: Secretary

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 6, 2011.